CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 16 2012

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| TRAVIS LEON DAVIDSON, | ) | Civil Action No. 7:12-cv-00035 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHERRY BALL, <u>et al.</u>, | ) | By:  Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

## ORDERED

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C.

§§ 1915(e)(2)(B)(ii), 1915A(b)(1), for failing to state a claim upon which relief may be granted;

all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket

of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to plaintiff.

**ENTER**: This ___16th___ day of February, 2012.

_____
Senior United States District Judge